UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Gary Reed and Tom Vevea, as Trustees of the Minnesota Laborers Pension Fund, and each of their successors,<br><br>Plaintiffs,<br><br>vs.<br><br>Diversified Contractors, Inc., and Diversified Contracting, Inc.<br><br>Defendant. | Civil File No. 11-CV-689 (PAM/TNL)<br><br><br><br>**ORDER OF DISMISSAL** |

_____

Pursuant to the Joint Stipulation of Dismissal with Prejudice signed by the parties, and filed with the Court as Document No. 11, the above-captioned matter is hereby dismissed with prejudice, and without attorneys fees or costs to either party.

**IT IS SO ORDERED.**


Dated:  August  23,  2011          s/Paul a. Magnuson
                                   The Honorable Paul A. Magnuson
                                   United States District Judge